[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-12984
Non-Argument Calendar

_____

FILED
U.S. COURT OF
APPEALS
ELEVENTH CIRCUIT
OCTOBER 17, 2005
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-00146-CV-JTC-3

LORI DALGLISH,

Plaintiff-Appellant,

versus

TRANSPORTATION INSURANCE COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(October 17, 2005)**

Before CARNES, MARCUS  and COX Circuit Judges.

PER CURIAM:

Lori Dalglish, the Plaintiff, appeals following the district court's grant of

summary judgment in favor of Transportation Insurance Company, the Defendant.

Dalglish presents two issues on this appeal. First, she contends that the named driver exclusion in the policy at issue is unenforceable as a matter of law because it is unsigned. The district court properly rejected this contention for the reasons stated in its order granting summary judgment. (R.6-60). Second, Dalglish contends that the district court's consideration of parol evidence violated Georgia's parol evidence rule. We conclude, however, that Georgia's parol evidence rule does not bar parol evidence showing that the policy as written was accepted by the insured. Thus, there is no reversible error.

**AFFIRMED.**